Case 02-50085-gwz    Doc 163    Entered 04/16/02 14:58:34    Page 1 of 8

15 APR REC'D
ORIGINAL

RON BENDER (California SBN 059695)
NELLWYN VOORHIES (California SBN 168698)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
1801 Avenue of the Stars, Suite 1120
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

SALLIE B. ARMSTRONG (Nevada SBN 001243)
ARMSTRONG MILLER, LLP
427 West Plumb Lane
Reno, Nevada 89509
Telephone: (775) 329-5900
Facsimile: (775) 786-5443

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF

RENO, NEVADA

| | |
|---|---|
| In re<br><br>STATE LINE HOTEL, INC., a Nevada corporation,<br><br>Debtor.<br><br>☐ Affects this Debtor.        /<br>☒ Affects all Debtors.         /<br>☐ Affects STATE LINE CASINO, a Nevada general partnership,/<br>☐ Affects STATE LINE PROPERTIES, INC., a Utah Corp.        /<br>☐ Affects STATE LINE PROPERTIES, LTD., a Utah limited partnership,  /<br>☐ Affects STATE LINE APARTMENTS, LTD., a Utah general partnership,  /<br>☐ Affects JIM'S ENTERPRISES, INC., a Nevada Corp.        /<br>☐ Affects SMITH PROPERTIES, a Nevada general partnership/ | Case No. BK-N-02-50085 GWZ<br>Chapter 11 Jointly Administrated With<br><br>BK-N-02-50081 GWZ<br>BK-N-02-50083 GWZ<br>BK-N-02-50082 GWZ<br>BK-N-02-50086 GWZ<br>BK-N-02-50084 GWZ<br>BK-N-02-50080 GWZ<br><br>CHAPTER 11<br><br>SCHEDULING ORDER REGARDING SALE HEARING<br><br>Date:    April 8, 2002<br>Time:    2:00 p.m. |

A hearing was held on April 8, 2002, at 2:00 p.m., before the Honorable Gregg W. Zive, United States Bankruptcy Judge, at the Clifton Young Federal Building, 300 Booth Street, Bankruptcy Courtroom, First Floor, Reno, Nevada for the Court to consider the motion (the "Bidding Procedures Motion") filed by SMITH PROPERTIES, a Nevada general partnership, JIM'S ENTERPRISES, INC., a Nevada corporation, STATE LINE HOTEL, INC., a Nevada corporation, STATE LINE PROPERTIES, INC., a Utah corporation, STATE LINE CASINO, a Nevada general partnership, STATE LINE PROPERTIES, LTD., a Utah limited partnership, and STATE LINE APARTMENTS, a Utah general partnership (collectively, the "Debtors"), Chapter 11 Debtors and Debtors in Possession, for an order of the Bankruptcy Court approving the Debtors' proposed bidding procedures in connection with the Debtors' proposed sale of a substantial amount of their assets to Wendover Casinos, Inc., Wendover Commercial Properties, Inc., and Peppermill Properties, LLC (collectively, the "Buyers"). At the hearing on the Bidding Procedures Motion, this Court approved the Debtors' proposed bidding procedures, except for changing the date for qualified overbids to be submitted from May 1, 2002 to May 6, 2002. At the hearing on the Bidding Procedures Motion, this Court also ordered as follows:

1. The hearing for the Court to consider the Debtors' motion for authority to sell a substantial amount of their

2

assets to Wendover Casinos, Inc., Wendover Commercial Properties, Inc., and Peppermill Properties, LLC (collectively, the "Buyers") or to a successful overbidder (the "Sale Motion") shall be held on May 21, 2002, at 9:30 a.m.

2. The Debtors shall file and serve the Sale Motion by April 24, 2002.

3. Any opposition to the Sale Motion must be filed and served upon the parties set forth on Exhibit "1" hereto by May 6, 2002.

4. Any supplemental declarations to be filed by the Debtors or any other party in support of the Sale Motion or in response to any opposition filed to the Sale Motion must be filed and served upon the opposing party by May 13, 2002.

5. Any response to any supplemental declarations filed in support of the Sale Motion must be filed and served upon the parties set forth on Exhibit "1" hereto by May 17, 2002.

<u>IT IS SO ORDERED</u>:

Dated: April 16, 2002

_____
THE HONORABLE GREGG W. ZIVE
UNITED STATES BANKRUPTCY JUDGE

3

Exhibit 1

Office of the U.S. Trustee (1977-2)
300 Booth Street, Suite 2129
Reno, NV 89509

Michael W. Devine (1977-3)
State Line Silver Smith Casino Resorts
101 Wendover Blvd.
Wendover, NV 89883

Debtors' Local Counsel
Sallie B. Armstrong, Esq. (1977-5)
Armstrong Miller LLP
427 West Plumb Lane
Reno, NV 89509

Bank Group's Counsel
Robert L. Morrison, Esq. (1977-4)
Phillsbury Winthrop
725 S. Figueroa Street #2800
Los Angeles, CA 90017

Assistant U.S. Trustee
Nicholas Strozza
United States Dept. of Justice
Office of the U.S. Trustee
300 Booth St., #2129
Reno, NV 89509

Bank's Local Counsel
Nile Leatham, Esq.
Kolesar & Leatham, CHTD.
3320 W. Sahara Ave., #380
Las Vegas, NV 89102

Attorneys for James W. Smith, et al.
Janet L. Chubb, Esq.
Jones Vargas
100 W. Liberty St., 12th Floor
P.O. Box 281
Reno, NV 89504-0281

Attorneys for Zions National Bank
Mark D. Houle, Esq.
650 Town Center Drive, 7th Floor
Costa Mesa, CA 92626

Counsel to Committee of Unsecured Creditors
Thomsen J. Young, Esq
Pachulski Stang Ziehl Young & Jones
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067-4102

Counsel to Committee of Unsecured Creditors
David C. McElhinney, Esq.
Brett A. Axelrod, Esq./Kaanan E. Thomas, Esq.
Beckley Singleton Chtd.
1875 Plumas Street # 1
Reno, NV 89509

Debtors' Counsel
Ron Bender, Esq.
Levene, Neale, Bender, Rankin & Brill L.L.P.
1801 Avenue of the Stars, St. 1120
Los Angeles, CA 90067

Counsel to Buyer
Robert Winkel, Esq.
Walther, Key, Maupin, et. al.
Lakeside Professional Plaza
3500 Lakeside Court, Suite 200
Reno, Nevada 89509

Counsel to Buyer
Jennifer Smith, Esq.
Lionel, Sawyer & Collins
50 West Liberty, Suite 1100
Reno, Nevada 89501

**EXHIBIT 1**

4

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a member of Levene, Neale, Bender, Rankin & Brill, L.L.P., counsel for Debtors and Debtors-in-Possession herein. I am a member of the Bar of the State of California and am admitted pro hac vice to appear before the United States Bankruptcy Court for the District of Reno, Nevada. I am not a party to the within action and my business address is: 1801 Avenue of the Stars, Suite 1120, Los Angeles, California 90067-5805.

On April 12, 2002 I served the foregoing document(s) described as: **SCHEDULING ORDER REGARDING SALE HEARING** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California, addressed as follows:

**SEE ATTACHED SERVICE LIST**

__X__   (By Mail) I caused such envelope with postage thereon, fully prepaid to be placed in the United States mail. Executed on April 12, 2002, at Los Angeles, California.

_____   (By Facsimile) I caused said document to be served via facsimile. Executed on March ___, 2002, at Los Angeles, California.

_____   (By Personal Service) I caused such envelope to be delivered by hand to the offices of the addressee. Executed on March ___, 2002, at Los Angeles, California.

_____   (By Federal Express **and** Express Mail) I caused said document to be sent via Federal Express **or** for next business morning delivery. Executed on March ___, 2002, at Los Angeles, California.

_____   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__x__   (Federal) I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

/s/ Nellwyn W. Voorhies
Nellwyn W. Voorhies

| | | |
|---|---|---|
| Office of the U.S. Trustee (1977-2)<br>300 Booth Street, Suite 2129<br>Reno, NV 89509 | Michael W. Devine (1977-3)<br>State Line Silver Smith Casino Resorts<br>101 Wendover Blvd.<br>Wendover, NV 89883 | Debtor's Local Counsel<br>Sallie B. Armstrong, Esq. (1977-5)<br>Armstrong Miller LLP<br>427 West Plumb Lane<br>Reno, NV 89509 |
| Bank Group's Counsel<br>Robert L. Morrison, Esq. (1977-4)<br>Phillsbury Winthrop<br>725 S. Figueroa Street #2800<br>Los Angeles, CA 90017 | Assistant U.S. Trustee<br>Nicholas Strozza<br>United States Dept. of Justice<br>Office of the U.S. Trustee<br>300 Booth St., #2129<br>Reno, NV 89509 | Bank's Local Counsel<br>Nile Leatham, Esq.<br>Kolesar & Leatham, CHTD.<br>3320 W. Sahara Ave., #380<br>Las Vegas, NV 89102 |
| Frankie Sue Del Papa (1977-65)<br>Attorney General<br>Division of Gaming<br>555 E. Washington Ave., #3900<br>Las Vegas, NV 89101 | Frankie Sue Del Papa (1977-66)<br>Attorney General<br>Division of Gaming<br>100 N. Carson St.<br>Carson City, NV 89701 | Gaming Control Board (1977-67)<br>Corp. Sec. Division<br>1919 E. College Parkway<br>Carson City, NV 89706 |
| Attorneys for International Gaming Technology<br>Bruce T. Beesley, Esq.<br>Beesley, Peck, Matteoni & Cossitt, Ltd.<br>5011 Meadowood Mall Way, #300<br>Reno, NV 89502 | Michael A. T. Pagni, Esq.<br>McDonald Carano Wilson et al.<br>241 Ridge St.<br>Reno, NV 89501 | Claudia Cormier, Esq.<br>Attn: Legal Dept.<br>PDS Gaming<br>6171 McLeod Dr.<br>Las Vegas, NV 89120 |
| Attorneys for SYSCO Intermountain Food Svc<br>Mark S. Swan, Esq.<br>Richer, Swan & Overholt, PC<br>6925 S. Union Park Center, #450<br>Midvale, UT 84047-4139 | Attorneys for US Playing Card Company<br>Joseph A. Robinette, Asst. General Counsel<br>Legal Dept.<br>4590 Beech St.<br>Cincinnati, OH 45212<br>72 | IBM Credit Corporation<br>Attn: Kelly Lewis<br>Retructuring Group – MD NC317<br>North Castle Dr.<br>Armonk, NY 10504 |
| Attorneys for Core-Mark<br>Robert R. Kinas, Esq.<br>Curtis & Associates/Snell & Wilmer LLP<br>3800 Howard Hughes Pkwy, #1000<br>Las Vegas, NV 89109 | Attorneys for Bally Gaming, Inc.<br>Jeanette E. McPherson, Esq.<br>Curtis & Associates, Affiliated with Snell & Wilmer<br>3800 Howard Hughes Parkway, 10th Floor<br>Las Vegas, NV 89109 | Attorneys for James W. Smith, et al.<br>Janet L. Chubb, Esq.<br>Jones Vargas<br>100 W. Liberty St., 12th Floor<br>P.O. Box 281<br>Reno, NV 89504-0281 |
| Attorneys for Nicholas & Company, Inc.<br>Michelle M. Erlach, Esq.<br>Robison, Belaustegui, Sharp & Low<br>71 Washington Street<br>Reno, NV 89503<br>775/329-3151 | Attorneys for Zions National Bank<br>Mark D. Houle, Esq.<br>650 Town Center Drive, 7th Floor<br>Costa Mesa, CA 92626 | Request for Special Notice<br>Leonard Bryan, Chief Financial Officer<br>Nicholas & Company<br>5520 West Harold Gatty Drive<br>Salt Lake City, UT 84116 |
| Request for Special Notice<br>George Adondakis, Esq.<br>Hobbs, Adondakis & Olson, LC<br>Felt Building<br>341 South Main Street, Suite 208<br>Salt Lake City, UT 84111 | Attorneys for Young Electric Sign Co.<br>Anna W. Drake, Esq.<br>215 South State, Suite 800<br>Salt Lake City, UT 84111 | Attorney for Valiant Products Corp.<br>Philip T. Varricchio, Esq.<br>Muije & Varricchio<br>302 E. Carson Ave., #550<br>Las Vegas, NV 89101 |

Counsel to Committee of Unsecured Creditors
David C. McElhinney, Esq.
Brett A. Axelrod, Esq./Kaanan E. Thomas, Esq.
Beckley Singleton Chtd.
1875 Plumas Street # 1
Reno, NV 89509

Counsel to Committee of Unsecured Creditors
Thomsen J. Young, Esq
Pachulski Stang Ziehl Young & Jones
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067-4102