ORIGINAL

Jennifer A. Smith (State Bar No. 610)
LIONEL SAWYER & COLLINS
1100 Bank of America Plaza
50 West Liberty Street
Reno, Nevada 89501
(775) 788-8666
(775) 788-8682 Fax

Attorneys for Buyers Wendover Casinos, Inc.,
Wendover Commercial Properties, Inc.
and Peppermill Properties, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Case No. BK-N-02-50085-GWZ <br> Chapter 11 |
| State Line Hotel, Inc., a <br> Nevada corporation, and related entities, | Jointly Administered <br> BK-N-02-50080-GWZ through <br> BK-N-02-50086-GWZ |
| Debtors. <br> _____/ | **JOINDER IN DEBTOR'S RESPONSE TO ELKO COUNTY TREASURER'S OBJECTION TO SALE ORDER** <br><br> DATE OF HEARING: August 2, 2002 <br> TIME OF HEARING: 2:00 p.m. |

Wendover Casinos, Inc., Wendover Commercial Properties, Inc. and Peppermill Properties, LLC, the buyers of the subject property ("Buyers") hereby join in the Debtor's Response to Elko County Treasurer's Objection to Sale Order filed herein on or about

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1100 BANK OF AMERICA
PLAZA
50 WEST LIBERTY ST.
RENO,
NEVADA 89501
(775) 788-8666

June 10, 2002. The sale order as entered by the Court and as approved by all other parties in interest is accurate, supported by the record, and should stand.

DATED this 29th day of July, 2002.

                        LIONEL SAWYER & COLLINS

By *Jennifer A. Smith*
    Jennifer A. Smith
    Attorneys for Buyers Wendover Casinos,
    Inc., Wendover Commercial Properties,
    Inc. and Peppermill Properties, LLC

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1100 BANK OF AMERICA
PLAZA
50 WEST LIBERTY ST.
RENO,
NEVADA 89501
(775) 788-8666

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of LIONEL SAWYER & COLLINS, and on July 29, 2002, I caused to be sent via facsimile a true copy of the **JOINDER IN DEBTOR'S RESONSE TO ELKO COUNTY TREASURER'S OBJECTION TO SALE ORDER** to the persons listed below.

| NAME/FACSIMILE: | FIRM/VERIFICATION NO: |
|---|---|
| Nellwyn Voorhies, Esq.<br>(310) 229-1234 | Levene, Neale, Bender, Rankin & Brill<br>(310) 229-1234 |
| Michael Devine<br>(801) 531-4090 Resorts | State Line/Silver Smith Casino<br>(775) 664-2221 general number |
| Sallie B. Armstrong, Esq.<br>(775)786.5443 | Armstrong Miller LLP<br>(775)329-5900 |
| Bob L. Olson, Esq.<br>(702) 385-5024 | Beckley Singleton, Chtd.<br>(775)329-5900 |
| Robert L. Morrison, Esq.<br>(213) 629-1033 | Pillsbury Winthrop<br>(213) 448-7100 |
| Nicholas J. Strozza, Esq.<br>Assistant U. S. Trustee<br>(775) 784-5531 | U.S. Trustee<br>(775) 784-5335 |
| Gary D. Woodbury, Esq.<br>(775) 738-0160 | Elko County District Attorney<br>(775) 738-3101 |
| Stephen R. Harris, Esq.<br>(775) 786-7764 | Belding Harris & Petroni<br>(775) 786-7600 |

DATED this 29th day of July, 2002.

Janice L. Moulian

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1100 BANK OF AMERICA
PLAZA
50 WEST LIBERTY ST.
RENO,
NEVADA 89501
(775) 788-8666

6