1 | JENNIFER A. SMITH (SBN 610)  
LIONEL SAWYER & COLLINS  
2 | 1100 Bank of America Plaza  
50 W. Liberty Street  
3 | Reno, NV 89501  
Telephone: (775) 788-8666  
4 | Facsimile:  (775) 788-8682  
E-mail: jsmith@lionelsawyer.com

Electronically Filed February 25, 2005

6 | Attorneys for Peppermill Casinos, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:                                    ) Chapter 11
                                          )
STATE LINE HOTEL, INC.,                   ) Case No.02-50085-GWZ
                                          )
    Debtor.                               )
                                          ) REQUEST THAT SPECIAL NOTICE BE
                                          ) DISCONTINUED
                                          )
                                          )
                                          )
                                          ) Hearing Date:  N/A
                                          ) Hearing Time: N/A

TO:   THE CLERK OF THE BANKRUPTCY COURT, DEBTOR, DEBTOR'S COUNSEL AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE that Jennifer A. Smith, Esq., and Lionel Sawyer & Collins, hereby request that she and Lionel Sawyer & Collins be deleted from the mailing matrix, service lists and e-

G:\USER\JAS\09635-16\Notice of Withdrawal.wpd

1  filing service list regarding the above-referenced case.

2        DATED this 25th day of February, 2005.

4                                              LIONEL SAWYER & COLLINS

6                                              By: /s/ Jennifer A. Smith

7                                              Attorneys for Peppermill Casinos, Inc.