**United States Bankruptcy Court, District of Nevada**

| GREETINGS FROM | CASE ADMINISTRATOR |
|---|---|
| LAS VEGAS | RENO |

NOTICE TO                                    REGARDING
ELECTRONICALLY FILED DOCUMENT/S

Date:            Case No:                    Document #

In Re:                                       Filed Date

Title of PDF:

Thank you for electronically filing.

**THE FOLLOWING CORRECTIONS HAVE BEEN MADE TO YOUR E-FILED ENTRY. PLEASE NOTE THESE CHANGES FOR FUTURE REFERENCE IN ORDER TO AVOID ERRORS.  NO FURTHER ACTION IS NECESSARY AT THIS TIME.**

   Docket text must reflect correctly, i.e., with certificate of service
   Typographical error present
   All party filers must reflect in the docket text, i.e., Debtor and Joint Debtor
   Document must be correctly related to the document(s) to which they pertain to
   PDF must reflect a case number or case number and case name must match with ECF Data.
   This event has been re-docketed on case
   Document filed indicates creditors need to be added through creditor maintenance.
   Event must relate to title of document. Please choose carefully from the drop down event listings when selecting an event.  There is an updated list of these events on our ECF website.
   All relief must be docketed utilizing multi-part motion.
   Docket text must reflect correct date, time and /or location.
   In order for matter to appear on calendar, correct event should be "Notice of Hearing"

**PLEASE REVIEW AND TAKE THE FOLLOWING CORRECTIVE ACTION:**

   PDF must be legible and all pages present. **PLEASE RE-DOCKET**
   Signatures must be present as /s/ or original signature.  **PLEASE RE-DOCKET**

   Other:        **RE-DOCKET**             NO FURTHER ACTION NECESSARY